AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
### District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**Joseph Otero** | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number:  **1:18CR01962-001WJ**<br>USM Number:  **98210-051**<br>Defendant's Attorney:  **Jacqueline Hoswell, Appointed** |

**THE DEFENDANT:**

☒    admitted guilt to violations of condition(s) **Special, Standard** of the term of supervision.

☐    was found in violation of condition(s)  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| *Violation Number* | *Nature of Violation* | *Violation Ended* |
|---|---|---|
| Special Condition | The defendant failed to participate in an inpatient substance abuse treatment program and failed to follow the rules and regulations of the program. | 12/12/2025 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 .

☐  The defendant has not violated condition(s)  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| **8892**<br>Last Four Digits of Defendant's Soc. Sec. No. | **March 17, 2026**<br>Date of Imposition of Judgment |
| **1990**<br>Defendant's Year of Birth | **/s/ William P. Johnson**<br>Signature of Judge |
| **Albuquerque, NM**<br>City and State of Defendant's Residence | **Honorable William P. Johnson**<br>**Senior United States District Judge**<br>Name and Title of Judge |
| | **April 3, 2026**<br>Date |

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
Sheet 1A                                                                          Judgment - Page 2 of 3

DEFENDANT: **Joseph Otero**
CASE NUMBER: **1:18CR01962-001WJ**

## ADDITIONAL VIOLATIONS

| *Violation Number* | *Nature of Violation* | *Violation Ended* |
|---|---|---|
| Standard Condition | The defendant failed to live at a place approved by the probation officer. | 12/12/2025 |

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
                        Sheet 2 - Imprisonment

Judgment - Page 3 of 3

DEFENDANT: **Joseph Otero**
CASE NUMBER: **1:18CR01962-001WJ**

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **11 months**.

**A term of supervised release will not be reimposed.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐    The defendant is remanded to the custody of the United States Marshal.
☐    The defendant shall surrender to the United States Marshal for this district:
    ☐    at  on .
    ☐    as notified by the United States Marshal.
☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐    before 2 p.m. on .
    ☐    as notified by the United States Marshal.
    ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to

_____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____

DEPUTY UNITED STATES MARSHAL